IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

_Alfonza Whitt #126386_ )
Full name and prison number )
of plaintiff(s) )
)
v. )
)
_W. B. McCatty_ )
)
_Lt. Rocco,_ )
)
_____ )
)
_____ )
)
Name of person(s) who violated )
your constitutional rights. )
(List the names of all the )
persons.) )

RECEIVED

2006 OCT 12  A 9:18

DEBRA P. HACKETT, CL...
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

CIVIL ACTION NO. _____
(To be supplied by Clerk of
U.S. District Court)

1:06CV923-MHT

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ( ) NO (✓)

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ( ) NO (✓)

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff(s) _N/A_
         _N/A_

         Defendant(s) _N/A_
         _N/A_

      2. Court (if federal court, name the district; if state court, name the county) _N/A_
         _N/A_

3. Docket number ___N/A___

4. Name of judge to whom case was assigned ___N/A___

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) ___N/A___

   ___N/A___

6. Approximate date of filing lawsuit ___N/A___

7. Approximate date of disposition ___N/A___

II. PLACE OF PRESENT CONFINEMENT ___N/A___

___N/A___

PLACE OF INSTITUTION WHERE INCIDENT OCCURRED Houston Co. Jail INST= 235 = CODE CR SUM.

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

   NAME                                      ADDRESS

1. W.B. McCatty, Houston Co. Jail, 901. E. Main St. Dothan, Alabama. 36301

2. Lt. Rocco. Houston Co. Jail, 901. E. Main St. Dothan,

3. Alabama. 36301.

4. ___

5. ___

6. ___

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Sep- 10 - 2006, I was order to go to Have, after they hold me at Jail for Bed at Haven and them with. Community. Corrections

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I Ordered by a Judge White Delivered to proper authorities for execution of sentence with community corrections after treatment at Haven in Dothan this was write by Jerry White gold my law 1).

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

Defendant was order to, delivered to proper authorities with is Houston Co. Jail and way to go to Haven for treatment and go to the community correction in Dothan, this was order and write by the Honorable Judge White on June. 22. 2006. at probation hearing.

GROUND TWO: Sentencing Judge ordering sentencing 460. So. 2d. 32. Violate due process U.S.C.-it const. amend. S.

SUPPORTING FACTS: Mr. W.B. McCatty and Mrs. Lt. Rocco, know that I was order by Judges White to Hold me for bed place and go to Haven, and community correction, and I feels. like this was a radical, liberalize unconstitutional of a, Judges order with I has 4 copies.

GROUND THREE: I has 4 copies of my case action summaries that the Judges order this after I voluntarily waives my right.

SUPPORTING FACTS: Judicial Branch, Two Circuit Judges appointed by the president of the Alabama. association of circuit. court Judges.

3

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

Order for Houston Co. Sheriff to transport Whitt back to Court's orders for treatment at Haven By God Through Court Drug Program and Community as the Honorable Judge Jerry White orders

Alfonza Whitt 126386
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 10-10-06
(Date)

Whitt Alfonza 126386
Signature of plaintiff(s)

4