IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| ALFONZA WHITT, # 126386, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:06cv923-MHT |
| | ) |
| W.B. MCCATTY, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

On October 18, 2006 (doc. no. 3), the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED that the Recommendation be and is hereby adopted and that this case be and is hereby DISMISSED without prejudice for Plaintiff's failure to pay the full filing fee upon the initiation of this case.

An appropriate judgment will be entered.

DONE, this the 16th day of November, 2006.

                                                /s/ Myron H. Thompson
                                      UNITED STATES DISTRICT JUDGE